RECEIVED

OCT 2 7 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| NORMAN M. HAMMER, ET AL. | *CIVIL ACTION NO. 6:16-1048 |
| VERSUS | *JUDGE DOHERTY |
| PHI, INC., ET AL. | *MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion for Partial Dismissal filed by PHI, Inc. [rec. doc. 6] is **granted.** Accordingly, the plaintiffs' claim for negligent spoliation of evidence is **dismissed with prejudice** pursuant to Rule 12(b)(6), FRCP, for failure to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 27th day of October, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE