RECEIVED

DEC - 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NORMAN M. HAMMER, ET AL. | *CIVIL ACTION NO. 6:16-1048 |
| VERSUS | *JUDGE DOHERTY |
| PHI, INC., ET AL. | *MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the plaintiffs' Motion to Remand [rec. doc. 24] is **denied.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 1st day of December, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE