**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **NORMAN M. HAMMER, DAVID A. LOUPE, NORRIS L. WEBB and CAROL GUIDRY WEBB** | **: CIVIL ACTION NO.: 6:16-cv-01048** |
| **VERSUS** | **: JUDGE: REBECCA F. DOHERTY** |
| **PHI, INC., BELL HELICOPTER TEXTRON, INC. and ANDREW FORD** | **: MAGISTRATE JUDGE: PATRICK J. HANNA** |

**FOURTH AMENDING AND SUPPLEMENTAL COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Complainants, **NORMAN M. HAMMER**, **DAVID A. LOUPE**, **NORRIS L. WEBB,** and **CAROL GUIDRY WEBB** who, amend and supplement paragraphs XXIII and XXIV of their initial Complaint (Rec. Doc. 1-3), their First Supplemental and Amending Complaint (Rec. Doc. 50), their Second Supplemental and Amending Complaint (Rec. Doc. 79); and their Third Supplemental and Amending Complaint (Rec. Doc. 117) as follows.

By adding Paragraph:

XXIII.

Complainants further supplement and amend to name ALLIANZ GLOBAL RISKS US INSURANCE COMPANY (hereinafter sometimes referred to as "ALLIANZ"), as an additional party Defendant. ALLIANZ is believed to be the insurer of Defendant PHI, Inc. ALLIANZ was incorporated, and is currently domiciled in Munich, Germany, and is therefore a foreign corporation. ALLIANZ's principal place of business in the United States is New York, New York.

By adding Paragraph:

XXIV.

At all times material hereto, upon information and belief, ALLIANZ issued a contract of liability insurance wherein it obligated itself to pay for all damages caused by the acts, omissions, carelessness and negligence of PHI, Inc. as alleged in the Complaints in this action. Because PHI, Inc. is in bankruptcy, and allegedly insolvent, Complainants bring this action directly against ALLIANZ pursuant to La. R.S. 22:1269(B)(1)(b).

And by adding the following conclusory Paragraph:

Considering the amending and supplemental paragraphs alleged herein above to their Original Complaint, First Supplemental and Amending Complaint, Second Supplemental and Amending Complaint, and Third Supplemental and Amending Complaint, Complainants re-aver all other allegations and prayers for relief as if copied herein *in extenso.*

WHEREFORE, Complainants, **NORMAN M. HAMMER**, **DAVID A. LOUPE**, **NORRIS L. WEBB,** and **CAROL GUIDRY WEBB,** respectfully pray that this Honorable Court accept their Fourth Amended and Supplemental Complaint, and grant them all relief to which they are entitled under equity and law against Defendants ALLIANZ GLOBAL CORPORATE AND SPECIALTY SE, PHI, Inc., BELL HELICOPTER TEXTRON, Inc., ANDREW FORD, and AERONAUTICAL ROTOR BLADES, Inc. including a trial by Jury, AND FOR ALL GENERAL AND EQUITABLE RELIEF UNDER THE LAW.

Respectfully submitted:

**J. MINOS SIMON, LTD.**
***/s/ J. Quentin Simon***
**J. QUENTIN SIMON**, Bar No. 25502
1408 West Pinhook Road – Suite A
Post Office Box 52851
Lafayette, Louisiana 70505
Telephone: (337) 235-3200
Facsimile: (337) 235-3600
**Attorneys for DAVID A. LOUPE**

**THE TOCE FIRM, APLC**
***/s/ André F. Toce***
**ANDRÉ F. TOCE,** Bar No. 16769
969 Coolidge Boulevard
Lafayette, LA 70503
Telephone: (337) 233-6818
Facsimile: (866) 306-9336
**Attorney for NORRIS WEBB and CAROL GUIDRY WEBB**

**THE GLENN ARMENTOR LAW CORPORATION**
***/s/ W. Corey Grimley***
**W. COREY GRIMLEY**, Bar No. 27487
**GLENN J. ARMENTOR,** Bar No. 2541
300 Stewart Street
Lafayette, Louisiana 70501
Tel. (337) 233-1471 Fax (337) 233-5655
**Attorneys for NORMAN M. HAMMER**

## CERTIFICATE

**I HEREBY CERTIFY** that the foregoing pleading has been this day presented to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all counsel of record.

**SIGNED** at Lafayette, Louisiana, this ____ day of ___________, 2019.

***J. Quentin Simon***
***J. QUENTIN SIMON, Bar No. 25502***